USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/2/2026

MELONI & McCAFFREY LLC
ATTORNEYS AT LAW
3 Columbus Circle | 15th Floor
New York, New York 10019
Telephone: (212) 520-6090
Facsimile: (917) 210-3758
www.m2lawgroup.com

**MEMORANDUM ENDORSED**

Robert S. Meloni

Writer's Direct Telephone: (917) 331-9556
Writer's Email: rmeloni@m2lawgroup.com

November 2, 2026

*VIA ECF*

The Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re: *Mark Buol v. Lucki Camel Jr. p.k.a. Lucki,*, Case. No. 26-cv-07714-GHW

Dear Judge Woods:

I represent Mark Buol, the Plaintiff in the above-referenced action. I am writing pursuant to Rule 1E of your Individual Rules to request an adjournment of the Initial Pretrial Conference set for November 12, 2026. I have been in contact with Defendant's proposed litigation counsel concerning this lawsuit, and the possibility of settlement or, at minimum, the transfer of this case to the Central District of California. We intend to have a substantive discussion about those topics after counsel returns from his business trip, which will not be until after November 12th.

In light of the foregoing, it is respectfully requested that the Initial Pretrial Conference be rescheduled for a date during or after the week of November 23, 2026.

Respectfully submitted,

MELONI & McCAFFREY LLC

By: ______________________
Robert S. Meloni

cc: Robert Jacobs, Esq., (by email)

Application granted. The initial pretrial conference scheduled for November 12, 2026 is adjourned to December 11, 2026 at 4:00 p.m. The joint letter and proposed case management plan described in the Court's September 9, 2026 order, Dkt. No. 5, are due no later than December 4, 2026.

SO ORDERED.

Dated: November 2, 2026
New York, New York

GREGORY H. WOODS
United States District Judge